Isaac Inocencio Santos **RODRIGUEZ;** Tomasa Martina Sanchez de la Rosa; et al., Petitioners,

v.

Michael B. **MUKASEY,** Attorney General, Respondent.

No. 05–75745.

United States Court of Appeals, Ninth Circuit.

ed by 9th Cir. R. 36–3.

Submitted Sept. 8, 2008.*

Filed Sept. 24, 2008.

Isaac Inocencio Santos Rondriguez, Santa Ana, CA, pro se.

Tomasa Martina Sanchez de la Rosa, Santa Ana, CA, pro se.

Gilberto Santos Sanchez, Santa Ana, CA, pro se.

Salvador Santos Sanchez, Santa Ana, CA, pro se.

CAC–District Counsel, Esquire, Office of the District Counsel Department of Homeland Security, Los Angeles, CA, Kurt B. Larson, Esquire, Ari Nazarov, Esquire, OIL, Emily Anne Radford, Emily Anne Radford, Emily Anne Radford, DOJ–U.S. Department of Justice, Washington, DC, Ronald E. Lefevre, Office of the District Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: SILVERMAN, CALLAHAN, and N.R. SMITH, Circuit Judges.

MEMORANDUM **

Isaac Inocencio Santos Rodriguez, Tomasa Martina Sanchez de la Rosa, and their children, natives and citizens of Mexico, petition pro se for review of the Board of Immigration Appeals' ("BIA") order denying their motion to reopen removal proceedings. Our jurisdiction is governed by 8 U.S.C. § 1252. We deny in part and dismiss in part the petition for review.

Even construed liberally, petitioners' pro se brief does not challenge the BIA's dispositive determination that their motion to reopen was untimely. Petitioners therefore have waived any challenge to the BIA's denial of their motion. *See Martinez–Serrano v. INS,* 94 F.3d 1256, 1259–60 (9th Cir.1996).

We lack jurisdiction to review the BIA's underlying order dismissing petitioners' appeal from the immigration judge's decision because this petition for review is not timely as to that order. *See Singh v. INS,* 315 F.3d 1186, 1188 (9th Cir.2003).

**PETITION FOR REVIEW DENIED in part; DISMISSED in part.**

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

